# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re: | CASE NO. 10-30683 |
| **Daisy M. Marshall** | |
|     **Debtor(s)** | CHAPTER 7 |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED AND SERVED UPON THE MOVING PARTY WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT, P.O. BOX 1248, MONTGOMERY, ALABAMA 36102.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for:
**Motion to Defer Entry of Discharge pursuant to Rule 4004 (c)(2)**

## MOTION TO DEFER DISCHARGE PURSUANT TO RULE 4004(C)(2)

COMES NOW the Debtor(s), by and through attorney, and hereby requests this Court to defer the entry of discharge for not more than 30 days and as grounds for such states as follows:

1. The debtor needs additional time to sign and file reaffirmation agreements.

WHEREFORE, the premises considered, the Debtors request this Court to defer the entry of discharge not more than 30 days pursuant to Bankruptcy Rule 4004(c)(2).

Respectfully submitted this day: July 9, 2010.

                                                            /S/ Vonda S. Mcleod
                                                            Vonda S. McLeod (MCL032)
                                                            Attorney for the Debtor
                                                           Shinbaum, Mcleod, & Campbell

Of Counsel:

SHINBAUM, MCLEOD & CAMPBELL, P.C.
PO Box 201
Montgomery, AL 36101
(334) 269-4440
(334)263-4096 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this foregoing Motion has been served upon the following by placing a true and correct copy of this foregoing Motion in the United States Mail, postage prepaid or via CMECF electronic noticing this day: July 9, 2010.

Daniel Gary Hamm
560 S. McDonough St., Ste A
Montgomery, AL 36104

/S/ Vonda S, Mcleod
Vonda S. Mcleod
Shinbaum, Mcleod, & Campbell
566 South Perry Street
P.O. Box 201
Montgomery, Al 36101-0201